# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LISA ROCKWELL,<br><br>　　　　　　Plaintiff,<br>　v.<br>PROGRESSIVE INSURANCE, *et al.*,<br><br>　　　　　　Defendants. | Case No. 4:23-cv-00022-SLG |

## ORDER ON MOTION FOR JUDICIAL NOTICE

Before the Court at Docket 45 is Defendants Progressive Direct Insurance Company, Progressive Insurance, The Progressive Corporation, and Progressive Causality Insurance Company's (collectively "Progressive") Motion for Judicial Notice. Plaintiff Lisa Rockwell did not file an opposition.

Progressive moves the Court to take judicial notice of a Mortgage, Loan # 400222105294709, recorded in the Charlotte County Cleark of Circuit Court on July 5, 2022, lodged at Docket 45-1, and a Loan Modification Agreement, recorded in the Charlotte County Clerk of Circuit Court on July 24, 2023, lodged at Docket 45-2.

Federal Rule of Evidence 201 provides that a court "may judicially notice a fact that is not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily

determined from sources whose accuracy cannot reasonably be questioned."[1] Matters of public record, including the "records and reports of administrative bodies," are proper subjects for judicial notice.[2] Courts routinely take judicial notice of recorded real property documents.[3]

The two documents lodged at Dockets 45-1 and 45-2 are recorded real property documents, whose authenticity is uncontested. Accordingly, the Court takes judicial notice of these two documents. Progressive's motion is GRANTED.

DATED this 10th day of January 2025, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

---

[1] Fed. R. Evid. 201(b).

[2] *Anderson v. Holder*, 673 F.3d 1089, 1094 n. 1 (9th Cir. 2012) (internal quotation marks and citation omitted).

[3] *E.g., Griffin v. Green Tree Servicing, LLC*, 166 F. Supp. 3d 1030, 1040 (C.D. Cal. 2015) (collecting cases); *Kirkpatrick v. Wells Fargo Bank, N.A.*, 699 F. App'x 751 (9th Cir. 2017); *Campbell v. Carrington Mortg. Servs. LLC*, Case No. 2:16-cv-02011-MC, 2017 WL 1398324, at *2 (D. Or. Apr. 18, 2017); *Segle v. PNC Mortg.*, Case No. 10-5655RJB, 2011 WL 1098936, at *2 (W.D. Wash. Mar. 25, 2011).